```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 15614
    EMMANUEL PATELIDAS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-7642


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/28/2007 and was confirmed 12/19/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was converted to chapter 7 after confirmation 05/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
IL STATE DISBURSEMENT UN DSO ARREARS    NOT FILED            .00            .00
ROBERTA PATELIDAS        NOTICE ONLY    NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY          114.04            .00            .00
INTERNAL REVENUE SERVICE PRIORITY         2874.65            .00            .00
A/R CONCEPTS             UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED         5686.30           .00            .00
ECAST SETTLEMENT CORP    UNSECURED         6117.95           .00            .00
BLATT HASENMILLER LEIBSK UNSECURED      NOT FILED            .00            .00
CHASE                    UNSECURED      NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC UNSECURED         4273.58           .00            .00
RESURGENT CAPITAL SERVIC UNSECURED         5570.48           .00            .00
CORPORATE RECEIVABLES    NOTICE ONLY    NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI UNSECURED         4046.14           .00            .00
GEMB/TWEETER             UNSECURED      NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED         2173.97           .00            .00
NICOR GAS                UNSECURED          192.75           .00            .00
OAK TRUST CREDIT UNION   UNSECURED      NOT FILED            .00            .00
RBSNB                    UNSECURED         2993.45           .00            .00
SALLIE MAE EDUCATION CRE UNSECURED         3114.01           .00            .00
ROBERTA PATELIDAS        DSO ARREARS      10200.00           .00         3761.52
INTERNAL REVENUE SERVICE UNSECURED           22.40           .00            .00
ILLINOIS DEPT OF REVENUE UNSECURED           30.00           .00            .00
CHRISTINE FORYS          NOTICE ONLY    NOT FILED            .00            .00
KONSTANTINE T SPARAGIS   DEBTOR ATTY         .00                            .00
TOM VAUGHN               TRUSTEE                                         288.48
DEBTOR REFUND            REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 4,050.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 15614 EMMANUEL PATELIDAS
```

```
PRIORITY                                                    3,761.52
SECURED                                                          .00
UNSECURED                                                        .00
ADMINISTRATIVE                                                   .00
TRUSTEE COMPENSATION                                          288.48
DEBTOR REFUND                                                    .00
                                 ---------------    ---------------
TOTALS                                  4,050.00           4,050.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 08/20/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE